IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION AT CHICAGO

| | |
|---|---|
| ARLENE A. JACKSON, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No.: 1:19-cv-07442 |
| MUSIC INSTITUTE OF CHICAGO, | ) Judge Charles Norgle |
| *Defendant.* | ) |

**PLAINTIFF'S MOTION TO WITHDRAW ATTORNEY**

COMES NOW Plaintiff, ARLENE A. JACKSON ("Plaintiff" or "Jackson") by and through her attorneys, COLE SADKIN, LLC and for Motion to Withdraw Attorney, so states the following:

1. On or about November 11, 2019 the Plaintiff filed her five (5) count complaint against the Defendant alleging race-based pay discrimination, violations of the IRS' policies surrounding healthcare, and violations of the employment contract's nondiscrimination policy. **[Docket Entry #1]**

2. On or about February 14, 2020, Defendant filed its Motion to Dismiss the Complaint. **[Docket Entry 19]**. Defendant's Response is currently due on March 13, 2020.

3. District Courts are encouraged to allow the sealing or redacting of certain "personal" or "confidential" information in pleadings. As the supporting caselaw explained in Young v. United Parcel Service, Inc., Civil Action No. DKC 08-2586 (D. Md. Feb. 14, 2011) held (sealing exhibits containing "both personal employee information and certain sensitive corporate data")").

4. There has been a subsequent breakdown in attorney-client communication and as such the relationship has reached irreconcilable differences.

5. Therefore, Plaintiff's requests that the law firm of Cole Sadkin, LLC and all of their

appeared attorneys are withdrawn from this matter; and that Plaintiff is allotted the necessary time, sixty (60) days from today's date, up to and including May 11, 2020 in order to secure new representation.

6. Plaintiff's counsel has sent this Motion to Plaintiff for review, who has not definitively indicated whether she approves or disapproves of this withdrawal.

7. Plaintiff's counsel has sent this Motion to Defendant's counsel, who does not oppose the withdrawal but would allow only thirty (30) days for Plaintiff to find new counsel.

8. Further, to avoid an undue burden on the parties, counsel requests that all current and pending deadlines be stayed until which time Plaintiff has secured new representation.

9. This Motion is not for the purposes of delay, and with the granting of such relief Defendants would not be prejudiced in anyway.

WHEREFORE, Plaintiff, ARLENE A. JACKSON, by and through her counsel, COLE SADKIN, LLC, respectfully requests that this Court grant this Motion and (1) withdraw the law firm of Cole Sadkin LLC and its attorneys, and (2) allow Plaintiff sufficient time until May 11, 2020 in order to secure new counsel. Lastly, Plaintiff humbly requests any other such relief, just, proper, and equitable in the premises.

Dated: March 12, 2020 /s/ Mason S. Cole
Mason S. Cole

**COLE SADKIN LLC**
Mason S. Cole
Dean J. Tatooles
Vani Vedam
20 S. CLARK STREET, SUITE 500
CHICAGO, ILLINOIS 60603
T: (312) 548-8610
F: (312) 372-7076
Firm ID: 49001
mcole@colesadkin.com
dtatooles@colesadkin.com
vvedam@colesadkin.com