IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARLENE A. JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-cv-7442 |
| | ) |
| MUSIC INSTITUTE OF CHICAGO, | ) Honorable Judge Charles R. Norgle |
| | ) |
| Defendant. | ) Magistrate Judge Gabriel A. Fuentes |

**JOINT STATUS REPORT**

Defendant Music Institute of Chicago ("Defendant") and Plaintiff Arlene A. Jackson (Plaintiff and Defendant are collectively referred to as the "Parties"), through their respective attorneys of record, respectfully present the following Status Report as required by the Third Amended General Order 20-0012 dated April 24, 2020 In Re: Coronavirus COVID-19 Public Emergency:

**(1) Claims and Relief Sought**

Plaintiff alleges that Defendant, her employer, discriminated against her because she is African-American by paying her less than similarly situated Caucasian employees. Plaintiff alleges that Defendant's actions constitute: (1) race discrimination under Title VII; (2) race discrimination under the Illinois Human Rights Act (IHRA); (2) breach of contract for Defendant violating a non-discrimination policy on its website; and (3) a violation of the Affordable Care Act (ACA).

Plaintiff seeks damages against Defendant for back pay in the amount of approximately $82,500.00 and front pay in excess of $20,000.00. Plaintiff also seeks injunctive relief against

Defendant as well as an award for emotional damages, punitive damages, and an award of attorneys' fees.

**(2)** **Progress of Discovery**

The Parties have not engaged in any discovery.

**(3)** **Status of Unresolved Motions**

On January 28, 2020, Defendant filed a 12(b)(6) motion to dismiss Plaintiff's complaint. The court set a briefing schedule on the motion to dismiss, with Plaintiff to file her response to the motion to dismiss by March 13, 2020. On March 12, 2020, Plaintiff's counsel filed a motion to withdraw as attorney for Plaintiff. Plaintiff did not file a response to the motion to dismiss. The motion to withdraw was noticed for March 20, 2020. On March 16, 2020, Chief Judge Rebecca Pallmeyer entered the Amended General Order 20-0012 In Re: Coronavirus COVID-19 Public Emergency. The COVID-related orders entered by the Chief Judge have stayed both motions.

As a result, there are two pending motions: (1) Defendant's 12(b)(6) motion to dismiss, which has not been briefed; and (2) Plaintiff's counsel's motion to withdraw, which has been pending since March 12, 2020.

The Parties anticipate that the court will want to decide the motion to withdraw before setting a briefing schedule on the motion to dismiss.

**(4)** **Settlement Efforts**

The Parties have engaged in preliminary settlement discussions.

**(5)** **Proposed Schedule for the Next 45 Days**

In the next 45 days, the Parties respectfully request that the court rule on the motion to withdraw, give Plaintiff time to retain new counsel if she chooses to do so, and set a briefing

schedule on the pending motion to dismiss.

**(6)** <u>**Proposed Revisions to Discovery Schedule**</u>

The court has not set a full discovery schedule. The Parties suggest that the court hold off on setting a discovery schedule pending its decision on the motion to dismiss.

**(7)** <u>**Proposed Agreed Action**</u>

Not applicable.

**(8)** <u>**Telephonic Hearing**</u>

The parties do not believe that a telephonic hearing with the court is necessary.

                                          Respectfully Submitted,

                                          MUSIC INSTITUTE OF CHICAGO,

May 13, 2020                 /s/ Chris S. Wunder
                                          Chris S. Wunder (cwunder@kpglaw.com)
                                          Eric D. Kaplan (ekaplan@kpglaw.com)
                                          KAPLAN PAPADAKIS & GOURNIS, P.C.
                                          180 N. LaSalle Street
                                          Suite 2108
                                          Chicago, Illinois 60601
                                          Phone: (312) 726-0531
                                          Fax:   (312) 726-4928

                                          ARLENE JACKSON,

                                          /s/ Mason Cole
                                          Mason Cole (mcole@colesadkin.com)
                                          Cole Sadkin, LLC
                                          20 S. Clark Street
                                          Suite 500, Chicago, IL 60603
                                          Office: (312) 548-8610

**CERTIFICATE OF SERVICE**

The undersigned, one of the attorneys for Defendant, hereby certifies that he served the foregoing pleading(s) on all counsel of record through the CM/ECF Filing System for delivery on or before 5:00 p.m. on the date of filing.

      /s/ Chris S. Wunder
Chris S. Wunder (cwunder@kpglaw.com)
KAPLAN PAPADAKIS & GOURNIS, P.C.
180 N. LaSalle Street
Suite 2108
Chicago, Illinois 60601
(312) 726-0531